IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEITH CANDLER,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**M. STAINER, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:15-cv-01786-TLN-EFB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |

　　　The Court, having considered Defendants' request for an extension of time to file a responsive pleading, and good cause having been shown:

　　　IT IS ORDERED: Defendants shall file a responsive pleading to Plaintiff's complaint within fourteen days after the July 26, 2017 Settlement Conference, if a responsive pleading remains necessary.

Dated: June 14, 2017.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE